**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Earl MARSHALL, Defendant–Appellant.**

No. 01–7943.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

William Earl Marshall, pro se. Mark Timothy Calloway, United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

William Earl Marshall appeals from the district court's order denying his motion challenging the sufficiency of the indictment under Fed.R.Crim.P. 12(b)(2). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Marshall*, No. CR–91–195 (W.D.N.C. Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*